1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| | |
|---|---|
| MANDAZ JOHNSON,<br><br>            Petitioner,<br><br>        v .<br><br>P.D. BRAZELTON, Warden,<br><br>            Respondent. | Case No. EDCV 12-2123 SJO(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19 Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein,
20 and the attached Report and Recommendation of United States Magistrate Judge
21 ("Report and Recommendation").  The Court approves and accepts the Report and
22 Recommendation.
23      IT IS ORDERED that Judgment be entered denying the Petition and
24 dismissing this action with prejudice.
25 ///
26 ///
27 ///
28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and counsel

3  for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5       May 21, 2015.

6  DATED: _____

7

8  _____

9  HONORABLE S. JAMES OTERO
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28