# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDAZ JOHNSON,<br><br>        Petitioner,<br><br>v.<br><br>P.D. BRAZELTON, Warden,<br><br>        Respondent. | Case No. EDCV 12-2123 SJO(JC)<br><br>~~(PROPOSED)~~ JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

May 21, 2015.

DATED: _____

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE